IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY DEATON, on behalf of herself and all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : C.A. No. 2:20-cv-01380 |
| TRANS UNION, LLC, | : : : |
| Defendant. | : |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff Kimberly Deaton hereby seeks final approval of the class action settlement preliminarily approved by this Court by Order dated October 4, 2021. ECF 27.

Respectfully submitted,

Dated:   February 14, 2022       By:   /s/ James A. Francis
James A. Francis
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com

David M. Marco
**SMITHMARCO PC**
55 W Monroe Street, Suite 1200
Chicago, IL 60603
Tel: (312) 546-6539
Fax: (888) 418-1277
dmarco@smithmarco.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed by the Court's ECF filing system, and thereby served on all parties of record registered with the ECF system.

Dated:   February 14, 2022                                         */s/ James A. Francis*